DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ROOFING CO. v. DEPT. OF REVENUE

No. 283 PC.

Case below: 42 N.C. App. 248.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

SASSER v. BECK

No. 179 PC.

Case below: 40 N.C. App. 668.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

SILVERTHORNE v. LAND CO.

No. 289 PC.

Case below: 42 N.C. App. 134.

Petition by intervenor plaintiffs for discretionary review under G.S. 7A-31 denied 25 September 1979.

SNYDER v. FREEMAN

No. 280 PC.

No. 123 (Fall Term).

Case below: 40 N.C. App. 348.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 25 September 1979.

STARMOUNT CO. v. CITY OF GREENSBORO

No. 209 PC.

Case below: 41 N.C. App. 591.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.